## IN RE: Rita LIPPERT, Rudolf Linder, Appellants

### 2016-2255

United States Court of Appeals, Federal Circuit.

May 9, 2017

SCOTT BLACKMAN, Nath, Goldberg and Meyer, Alexandria, VA, argued for appellants. Also represented by JOSHUA BRIAN GOLDBERG.

KAKOLI CAPRIHAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for Appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT MCBRIDE.

(Reyna, Linn, and Taranto, Circuit Judges).

### JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**